FILED
2013 Mar-21 PM 02:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOINER SUPERIOR SERVICES, INC.,** | } } } |
| **Plaintiff,** | } } |
| v. | } }  Case No. 2:13-CV-00460-RDP |
| **BLUE CROSS AND BLUE SHIELD OF ALABAMA; BLUE CROSS AND BLUE SHIELD ASSOCIATION,** | } } } } |
| **Defendants.** | } |

## ORDER

In light of the Transfer Order entered on December 12, 2012 by the United States Judicial Panel on Multidistrict Litigation, and because this case has been identified as being part of the same or related series of transactions at issue in MDL 2406, the Clerk of the Court is **DIRECTED** to include this case in MDL 2406 (Master File No.: 2:13-CV-20000-RDP).

**DONE** and **ORDERED** this ___21st___ day of March, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE