UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOINER SUPERIOR SERVICES, INC.,** } | |
| } | |
| **Plaintiff**, } | |
| } | Case No. 2:13-CV-00460-RDP |
| v. } | |
| } | |
| **BLUE CROSS AND BLUE SHIELD OF ALABAMA, et al.** } | |
| } | |
| **Defendants.** } | |

## ORDER OF DISMISSAL

This case is before the court on Plaintiff Joiner Superior Services, Inc.'s Motions to Dismiss (Docs. # 118 and 124 in Case No. 2:13-CV-20000-RDP, *In Re Blue Cross Blue Shield Antitrust Litigation MDL 2406*). Those motions seek to voluntarily dismiss the claims of Plaintiff Joiner Superior Services, Inc., which is the Plaintiff in the above-styled case, Case No. 2:13-CV-00460-RDP, *Joiner Superior Services Inc v. Blue Cross and Blue Shield of Alabama et al*. Upon consideration of the matters presented in the Motions, and for good cause shown, the court hereby **ORDERS** that the claims of Plaintiff Joiner Superior Services, Inc. in this action against Defendants shall be, and are, **DISMISSED WITHOUT PREJUDICE**. Costs are taxed as paid.

The Clerk of the Court is **DIRECTED** to **TERMINATE** Documents No. 118 and 124 in Case No. 2:13-CV-20000-RDP, *In Re Blue Cross Blue Shield Antitrust Litigation MDL 2406*.

**DONE** and **ORDERED** this   1st   day of October, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE